IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT McCULLIGAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 12-3271 |
| | : | |
| SUPERINTENDENT JOSEPH MAZURKIEWICZ, et al | : : | |

## ORDER

**AND NOW**, this 5th day of June, 2013, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 10), the Petitioner's "Traverse Response" to Respondents' Answer Filed (Document No. 11), the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (Document No. 12) and the petitioner's objections to the Report and Recommendation (Document No. 16), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Hey is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.